UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKEWOOD CONCRETE CORP., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIKA AG; SIKA CORPORATION; CHRYSO, INC.; GCP APPLIED TECHNOLOGIES, INC.; COMPAGNIE DE SAINT-GOBAIN S.A.; SAINT-GOBAIN NORTH AMERICA; MASTER BUILDERS SOLUTIONS ADMIXTURES U.S., LLC; MASTER BUILDERS SOLUTIONS DEUTSCHLAND GMBH; CINVEN LTD.; CINVEN, INC.; THE EUCLID CHEMICAL COMPANY; RPM INTERNATIONAL INC.; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-04797-KNS |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 5.1(c), I hereby I hereby move for withdrawal as counsel for Lakewood Concrete Corp. I have left Cuneo Gilbert & LaDuca, LLP ("CGL") to begin an independent law practice. Lakewood Concrete Corp. will continue to be represented by other counsel of record.

Dated: April 17, 2024

/s/ Blaine Finley
Blaine Finley
10802 Cedar Creek Drive
Spotsylvania, VA 22551
blainefinley@gmail.com
281-723-7904

## CERTIFICATE OF SERVICE

I certify that on April 17, 2024, I filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the Court's CM/ECF system and served counsel of record via this Court's CM/ECF system.

*/s/ Blaine Finley*
Blaine Finley